O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: RJ FINANCIAL, INC.<br>RJ FINANCIAL, INC.,<br><br>           Plaintiff,<br><br>   v.<br><br>DAVID SEROR, RANDY ABALKHAD,<br><br>           Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 15-06088 DDP<br><br>[Case in other court: USBC<br>Central District - San Fernando<br>Valley, 1:10-bk-10209 MT]<br><br>**ORDER GRANTING MOTION TO DISMISS**<br>**BANKRUPTCY APPEAL**<br><br>[Dkt. No. 10] |

    Presently before the court is Appellant RJ Financial Inc.'s Motion to Voluntarily Dismiss its bankruptcy appeal. (Dkt. No. 10.) Appellant explains that its appeal is now moot because the Bankruptcy Court's Order that was the subject of the appeal was vacated. (<u>See</u> Mot. Dismiss at 1.) The other parties have not filed any opposition. Thus, the Court GRANTS the motion and

///

///

///

cc: US Bankruptcy Court & US Trustee's Office

1 | Appellant's appeal is voluntarily dismissed.  Each party shall bear
2 | its own attorneys' fees, costs, and expenses incurred.
3 |
4 | IT IS SO ORDERED.
5 |
6 | Dated: December 10, 2015
7 |                                       DEAN D. PREGERSON
                                      United States District Judge